UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

In Re DMCA Subpoena to Google LLC

Case No. 7:18-mc-571

Declaration of Paul D. Polidoro in Support of Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to Google LLC, Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringers

---

**PAUL D. POLIDORO**, counsel of record for Petitioner Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") in the above-referenced matter, hereby declares as follows:

1. I am authorized to act on behalf of Watch Tower.
2. I submit this declaration in support of Watch Tower's request for issuance to Google LLC of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(h) (hereinafter "DMCA Subpoena"), to identify the users identified as: "Moises Gutierrez" and "Louis Melin."
3. Pursuant to 17 U.S.C. § 512 (c)(3)(A), Watch Tower submitted notifications to Google LLC identifying the infringing content posted by the aforementioned users and providing the information required by 17 U.S.C. § 512 (c)(3)(A). True and accurate copies of the submitted notifications are attached hereto as Exhibit 1.
4. The purpose for which this DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Watch Tower's rights under title 17 U.S.C. §§ 100, *et. seq*.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct. Executed this 6th day of December 2018.

_____
Paul D. Polidoro

Associate General Counsel
SDNY Bar No. PP2509
WATCH TOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA
Legal Department
100 Watchtower Drive
Patterson, NY 12563
Telephone: 845-306-1000
Facsimile: 845-306-0709
Email: ppolidor@jw.org
Attorney for Plaintiff